# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Benton Williams, Jr.,

    Plaintiff,

        v.                                Case No.   1:24cv580

Santander Consumer USA Inc., et al.,

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 6, 2024 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 11) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 11) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Petition (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction. As a result, Plaintiff's "Emergency Motion for Temporary Restraining Order and Permanent Injunction Prohibiting Repossession of Plaintiff's Automobile" (Docs. 9 & 10) are **DENIED as Moot.**

    IT IS SO ORDERED.

                                                            s/*Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court